UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN BROUGHAL<br>    Plaintiff | CIVIL ACTION NO.<br>3:17-cv-2129-JAM |
| v. | |
| JJ MOTOR COMPANY d/b/a KEY<br>HYUNDAI OF MANCHESTER<br>and<br>MERIDEN MOTOR FINANCIAL, INC.<br>    Defendants | MARCH 26, 2018 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Ann Broughal, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, ANN BROUGHAL

By: /s/ *Daniel S. Blinn – c307109*
Daniel Blinn, Esq.
dblinn@consumerlawgroup.com
Brendan L. Mahoney, Esq.
bmahoney@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd, Suite 512
Rocky Hill, CT  06067-9997
Tel (860) 571-0408
Fax (860) 571-7457

1

## CERTIFICATION

    I hereby certify that on this 26th day of March, 2018, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                          /s/Daniel S. Blinn
                          Daniel S. Blinn